IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30096
Summary Calendar

_____

MORRIS OSELEN, JR.,

                                        Petitioner-Appellant,

versus

BURL CAIN, Warden, Louisiana State Penitentiary;
RICHARD IEYOUB, Attorney General, State of Louisiana,

                                        Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CV-152-K
- - - - - - - - - -
August 14, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

      Morris Oselen, Jr., Louisiana prisoner # 87604, appeals the
district court's denial of his petition for writ of habeas
corpus, pursuant to 28 U.S.C. § 2254.  Following a jury trial,
Oselen was convicted of aggravated rape and was sentenced to life
imprisonment at hard labor.  He argues that the State withheld
evidence material to his defense, in violation of the dictates of
Brady v. Maryland, 373 U.S. 83 (1963), when it failed to disclose
the victim's initial police report.

---

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Having reviewed the record and Oselen's brief, we affirm for essentially the same reasons adopted by the district court.  <u>See</u> <u>Oselen v. Cain</u>, No. 97-152 (E.D. La. Jan. 6, 1998).

AFFIRMED.